# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

KEVIN SMITH　　　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #172709

V.　　　　　　　　　　No. 4:22-CV-282-KGB-JTR

DEXTER PAYNE, Director,
Arkansas Department of Corrections;
JOE PAIGE, III, Warden, Tucker Unit,
Arkansas Department of Corrections;
THOMAS HEARST, Deputy Warden,
Tucker Unit, Arkansas Department of Corrections;
and ADAM CLARK, Major, Tucker Unit,
Arkansas Department of Corrections　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

In this § 1983 action, Plaintiff Kevin Smith, a prisoner in the Tucker Unit of the Arkansas Division of Correction, is proceeding on claims that Defendants were deliberately indifferent to a substantial risk of serious harm, which resulted in him being stabbed by two fellow prisoners on July 16, 2020. *Docs. 1, 19, 25*.

Smith has filed an "Objection to Defendants['] Answer to Complaint." *Doc. 28*. Within that document, Smith requests that the Court issue a subpoena for "the Units staff logs, staff rosters, polices on staffing" and "the camera footage for 07/16/2020." *Id. at 1–2*.

Smith's Motion for Subpoenas is premature. Discovery is currently stayed until the issue of exhaustion is fully briefed and resolved. If Smith's claims survive

the issue of exhaustion, the stay on discovery will be lifted and, under Rule 34 of Federal Rules of Civil Procedure, Smith will have the opportunity to send Requests for Production to Defendants' counsel.

However, the Court construes Smith's request for "camera footage" as a Motion to Preserve Evidence and will direct the Defendants to preserve any video or photographic evidence related to the July 16, 2020 incident.

IT IS THEREFORE ORDERED THAT:

1. Smith's embedded Motion for Subpoenas is DENIED, as premature.

2. Smith's embedded Motion to Preserve Evidence is GRANTED.

3. If they have not done so already, Defendants are directed to immediately take all steps necessary to preserve any video recordings of the July 16, 2020 incident and any photographs that may have been taken of Smith's injuries. If necessary, the Court will ask that these videos and photographs be filed with the Clerk's office at a later date.

SO ORDERED, this 29th day of March, 2023.

_____
UNITED STATES MAGISTRATE JUDGE